UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MITCHELL KEITH DEDMON | § | CIVIL ACTION NO. __________ |
| VERSUS | § | SECTION: ______________ |
| CENAC TOWING CO., L.L.C. | § | MAGISTRATE: _______ |

**SEAMAN'S SUIT**

NOW INTO COURT, by and through undersigned counsel, comes Plaintiff, MITCHELL KEITH DEDMON, a person of the full age of majority, who respectfully avers the following, to wit:

1.

Plaintiff brings this cause of action pursuant to the General Maritime Law and the provisions of 46 U.S.C. §688, commonly referred to as the Jones Act, and all statutes supplemental and amendatory thereto.

2.

Named defendant is Cenac Towing Co., L.L.C. (hereinafter Cenac), a limited liability

company engaged in the maritime towing business.

3.

On or about September 12, 2008, Plaintiff, Mitchell Keith Dedmon, was employed by the Defendant, Cenac, as a tankerman and member of the crew of the M/V WALTER CENAC.

4.

On or about September 12, 2008, the M/V WALTER CENAC ,was owned, operated and/or controlled by the Defendant, Cenac, and was operating in the navigable waters of the Sabine Pass.

5.

On or about September 12, 2008, the M/V WALTER CENAC was ordered to stand-by with its tow in the Sabine Pass despite Hurricane Ike bearing down on the region. While in the service of the vessel and following his employer's instructions, plaintiff was ordered to secure the tow during the intensity of the storm. While attempting to do so, plaintiff sustained severe injuries to his person, specifically to his lumbar and cervical spine and discs.

6.

A cause of this accident was the fault and/or negligence attributable to the Defendant, Cenac, in the following non-exclusive respects:

a. failing to provide the plaintiff with a safe place to work;

b. failing to adequately plan the operation ongoing at the time of the incident;

c. failing to provide adequate manning for the task(s) at hand; and,

d. other negligent acts and/or omissions to be shown at the trial of this action.

7.

A proximate cause of this accident herein was the unseaworthiness of the M/V WALTER CENAC and its appurtenances.

8.

This accident occurred while plaintiff, a seaman, was in the service of the vessel, M/V WALTER CENAC, entitling him to receive maintenance and cure benefits.

9.

As a result of the above and foregoing negligent acts and/or omissions, Plaintiff, Mitchell Keith Dedmon, suffered severe and disabling physical and mental injuries and seeks monetary damages for the following:

a. Past and future loss of wages and benefits;

b. Impairment of future earning capacity;

c. Physical pain and suffering;

d. Mental and emotional pain and suffering;

e. Past and future medical expenses;

f. Permanent disability;

g. Loss of enjoyment of life; and,

h. Additional damages to be shown at the trial of this action.

10.

Plaintiff was not at fault in causing this incident or the resulting damages.

WHEREFORE, Plaintiff, MITCHELL KEITH DEDMON, prays for judgement herein and against Defendant, CENAC TOWING CO., L.L.C. and that Defendant be duly cited and served with a copy of this Seaman's Suit, that they be cited to appear and answer same within the

delays allowed by law, and that after due proceedings, that there be judgment rendered herein in favor of Plaintiff, MITCHELL KEITH DEDMON, and against Defendant herein, CENAC TOWING CO., L.L.C. in the total sum of TWO MILLION ($2,000,000.00) DOLLARS, plus interest from the date of accident until paid, all costs of these proceedings, and for all other general, equitable relief provided under the maritime law.

Respectfully submitted:

STRAUSS & KING, APLC

***/s/ Berney L. Strauss***

Berney L. Strauss #12527
Rhett E. King #23811
406 Magazine Street, Suite 300
New Orleans, Louisiana 70130
504-523-0033 (telephone)
504-523-0109 (facsimile)
rhettking@straussandking.com